**From:** James Hughes <james@mhg.bz>
**Date:** October 29, 2020 at 12:05:40 PM EDT
**To:** "sobo3187@aol.com" <sobo3187@aol.com>
**Cc:** Lynn Martin <lynn@mhg.bz>
**Subject: Case#JFH89927 Drywizard Drywall vs. Matthew Soboleski et al.**

Matthew,

We are writing concerning the amount of $4,671.00 which is due our client Drywizard Drywall Services. Despite numerous requests for payment as well as providing several different options to satisfy your past due balance, your account remains outstanding. All of my client's attempts to avoid litigation and resolve this matter amicably have been ignored.

If this account is not resolved immediately we reserve the right to commence legal proceedings to recover the debt without further notice to you, and you may be responsible for any associated legal fees or collection costs once your account has been forwarded to our local counsel.

If you wish to prevent this, please contact the undersigned as a matter of urgency and settle your account before any further legal actions have commenced.


Sincerely,

James Hughes
Hughes, Martini & Associates
Corporate Offices of MHG

955 NW 17th Ave Bldg A
Delray Beach, Florida 33445
Phone: (561) 266-9877x302
Fax: (561) 266-9887
E-mail: james@mhg.bz