**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CV-62368-RAR**

**MATTHEW SOBOLESKI**,

    Plaintiff,

v.

**HUGHES, MARTINI & ASSOCIATES, LLC**, and **DRYWIZARD DRYWALL SERVICES, INC.**,

    Defendants.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Pending Settlement [ECF No. 6], filed on January 6, 2021, indicating that the "parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents." *Id.* The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **thirty (30) days** from the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.

3. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of January, 2021.

                                                               _____
                                                               **RODOLFO A. RUIZ II**
                                                               UNITED STATES DISTRICT JUDGE